*April 7, 1937.*

HOLLY, Respondent, vs. FIRST NATIONAL BANK OF KENOSHA, Appellant.

For the appellant: *Randall, Cavanagh, Stephenson & Mittelstaed* of Kenosha.

For the respondent: *Quarles, Spence & Quarles,* attorneys, and *Jefferson Burrus* and *Victor D. Werner* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

ESTATE OF MARTIN: SHUCKHART, Appellant, vs. ESTATE OF MARTIN, Respondent.

For the appellant: *L. H. Bancroft* of Richland Center.

For the respondent: *Sidney J. Hanson,* attorney, and *O. D. Black,* guardian *ad litem* for minor heirs, both of Richland Center.

*By the Court.*—Judgment affirmed.